# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TRAVIS LAMAR RYAN (1),<br><br>　　　　　　　Defendant. | Criminal Case No. 11CR5615-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Travis Lamar Ryan is **dismissed without prejudice**. The defendant is hereby discharged and bond is hereby exonerated.

IT IS SO ORDERED.

DATED: February 10, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT